ROSE GUZZARDI, Appellant, *v.* AMERICAN DISTILLED WATER COMPANY, Respondent.

Appeal from a judgment of the Supreme Court dismissing the complaint upon the defendant's motion after a trial at Trial Term, and also from an order denying the plaintiff's motion for a new trial.

PER CURIAM: We are of opinion that the evidence presented questions of fact for the jury to determine. The judgment and order appealed from are, therefore, reversed and a new trial ordered, with costs to appellant to abide the event. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ. Judgment and order reversed and new trial ordered, with costs to appellant to abide event.

———

THOMAS E. NOLAN, Respondent, v. PETER J. MALLEY, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $10,000; in which event, judgment, as so modified, and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.; Shearn, J., dissented and voted for reversal and new trial.

MARION HAYWARD, Respondent, v. IRVING HAYWARD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

JOSEPH BURKHARDT, as Administrator, etc., Respondent, v. ACKER, MERRALL & CONDIT Co. and FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellants.— Judgment affirmed, with costs to Acker, Merrall & Condit Co. and reversed and complaint dismissed as to railroad company. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.; Laughlin and Page, JJ., dissented as to railroad company. Order to be settled on notice.

FRANK J. BAUMERT and Others, Respondents, v. MANFRED MALKIN and Another, Appellants.— Order reversed, with ten dollars costs and disbursements and motion denied, with ten dollars costs, with leave to plaintiffs to amend on payment of costs, on *Reed* v. *Sobel* (177 App. Div. 532), decided April 13, 1917. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

FLORENCE VALENSI BENOLIEL, Respondent, v. ABRAHAM BENOLIEL and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. (See *Roessle* v. *Roessle*, 163 App. Div. 344.) Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

SOLOMON OKUN, Respondent, v. THE DUVAL COMPANY, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, on the ground that the verdict is against the weight of evidence. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.